FILED'09 OCT 28 14:41 USDC-ORM

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Vu Bui

        Plaintiff,

vs.                                                                                  Civil No. 08-cv-1279-CL

**Commissioner of Social Security**

        **Defendant.**                                   **ORDER GRANTING AWARD**
                                                **OF EAJA FEES**

        Pursuant to Stipulation, and good cause appearing therefore,

        IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $9.17, costs in the amount of $16.50, and attorney's fees in the amount of $4,749.96, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

        Done this 28 day of October, 2009.

                                                          Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**